IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**EDDIE LEE FOSTER, ADC #147439**                                                              **PLAINTIFF**

v.                               **CASE NO. 4:10CV01182 BSM**

**VINCENT**                                                                                                   **DEFENDANT**
**Lieutenant, Faulkner County Police Department**

## ORDER

Plaintiff Eddie Lee Foster's motions to compel, for subpoenas, and to appoint counsel [Doc. Nos. 29, 30, 34] are denied.

### I. MOTION TO COMPEL

Foster states that defendant Lieutenant Vincent sent him the wrong prison duty log in response to a request for production. Vincent admits to this allegation and has requested the correct log from the Faulkner County Jail and will provide it to Foster upon receipt. Because the underlying discovery dispute is now moot, Foster's motion to compel [Doc. No. 29] is denied.

### II. MOTION FOR SUBPOENAS

Foster requests that subpoenas be issued to a number of employees of the Conway Police Department and the Faulkner County Detention Center. This motion [Doc. No. 30] is denied because it is premature; however, subpoenas will be issued at the appropriate time.

### III. MOTION TO APPOINT COUNSEL

Foster moves for appointed counsel stating that he is indigent, has little knowledge of the law, and that his case is complex and requires the assistance of an attorney. Although

Foster's lack of financial resources and legal knowledge are acknowledged, his case is not legally or factually complex and he has not thus far demonstrated a likelihood of success on the merits. Accordingly, his motion to appoint counsel [Doc. No. 34] is denied.

    IT IS SO ORDERED this 26th day of April, 2011.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE