IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**EDDIE LEE FOSTER, ADC #147439**                                                              **PLAINTIFF**

**v.**                                   **CASE NO. 4:10CV01182 BSM**

**VINCENT**                                                                                            **DEFENDANT**
**Lieutenant, Faulkner County Police Department**

## ORDER

Foster commenced this action *pro se* under 42 U.S.C. § 1983 on September 2, 2010, and requested a trial by jury. Vincent answered the complaint on October 19, 2010.

Dispositive motions may be filed on or before July 25, 2011. After consideration of motions, the case will be reviewed for the appointment of counsel for Foster and the setting of a jury trial, if appropriate.

Dated this 26th day of April, 2011.

 

_____
UNITED STATES DISTRICT JUDGE