IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**EDDIE LEE FOSTER**                                                                **PLAINTIFF**

v.                              **CASE NO. 4:10CV01182 BSM**

**LLOYD VINCENT,**                                                                **DEFENDANT**
**Lieutenant, Faulkner County Police Department**

**JUDGMENT**

Consistent with the order entered today, this case is hereby dismissed with prejudice, and the relief sought is denied. It is further certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this judgment would not be taken in good faith.

Dated this 27th day of September 2011.

_____
UNITED STATES DISTRICT JUDGE